**DENIED and Opinion Filed December 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01152-CV**

**IN RE TERRY HANCOCK, Relator**

**Original Proceeding from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89417**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith
Opinion by Justice Smith

Before the Court is relator's October 26, 2022 petition for writ of mandamus.

Relator challenges the portion of the trial court's October 13, 2022 Order of Enforcement and Request for Receiver requiring relator to vacate premises at or before 5:00 p.m. on or before October 16, 2022. Also before the Court is relator's October 26, 2022 Emergency Motion to Stay.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and record, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P.

52.8(a). We also deny relator's emergency motion to stay as moot.

/Craig Smith/
CRAIG SMITH
JUSTICE

221152F.P05